**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUAN VIZCARRA,

Defendant.

Case No.: 26cr0343-TWR

**I N F O R M A T I O N**

Title 18, U.S.C., Sec. 922(g)(1)- Felon in Possession of a Firearm (Felony)

The United States Attorney charges:

On or about January 11, 2026, within the Southern District of California, defendant, JUAN VIZCARRA, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce to wit: a 9mm Beretta semi-automatic firearm with serial number A242414X; in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATIONS

Upon conviction of the offenses alleged in this Information, defendant JUAN VIZCARRA shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d); and Title 28, United

States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: 9mm Beretta semi-automatic firearm with serial number A242414X.

DATED: 1/30/26________.

ADAM GORDON
United States Attorney

*Bianca Calderon-Peñaloza*
BIANCA CALDERON-PEÑALOZA
Assistant U.S. Attorney